**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

May 26, 2023

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:** ***U.S. v. John Chen, a/k/a "Chen Jun," and Lin Feng,* 23-mc-178 (KMK)**

Dear Judge Karas:

The Government writes to respectfully request that the Court unseal the above-referenced letter, as we have been advised that the defendants have been arrested.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: [signature]
Kathryn Wheelock
Assistant United States Attorney

SO ORDERED: [signature]

HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

5/26/2023