**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street*
*11th Floor*
*White Plains, New York 10606*

May 25, 2023

**BY EMAIL – UNDER SEAL**

7:23mc178 (KMK)

Ruby J. Krajick
Clerk of the Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. John CHEN, a/k/a "Chen Jun," and Lin FENG, 23-MJ-4263***

Dear Ms. Krajick,

The Government anticipates arresting the above-mentioned individuals tomorrow morning (May 26) in the Central District of California. Because this is "the court having original jurisdiction over the offense," this court has jurisdiction over the Government's potential appeal of a release order issued by a magistrate judge in the Central District of California. *See* 18 U.S.C. § 3145(a)(1); *see also United States v. El-Edwy*, 272 F.3d 149, 153 (2d Cir. 2001) (holding that, for purposes of a motion under § 3145(a) for revocation of a release order issued by a magistrate judge in another district where the defendant was arrested, "the court having original jurisdiction over the offense" is "the district in which the prosecution of the offense is pending," and noting that "[w]ith respect to the decision whether to detain or conditionally release the defendant, . . . section 3145(a) makes clear that the ultimate authority lies with the district that has the primary interest in the question – the district in which the prosecution is pending").

Because this matter is to be prosecuted and tried in White Plains, the Government respectfully requests that a Judge be assigned to hear a potential stay and appeal of bail in this matter. Moreover, the Government requests that the letter be filed under seal given that both CHEN and FENG remain at large and the Complaint against them remains under seal.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: s/ ___________________
Shiva H. Logarajah
Assistant United States Attorney
Tel: 914-993-1918